**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-1177**

———————————

RAYMOND L. EDWARDS,

Plaintiff - Appellant,

versus

WHITMAN REQUARDT & ASSOCIATES,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-00-1834-S)

———————————

Submitted: July 31, 2001          Decided: August 21, 2001

———————————

Before MOTZ, KING, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

David A. Branch, LAW OFFICES OF DAVID A. BRANCH, P.C., Washington, D.C., for Appellant. Charles R. Bacharach, GORDON, FEINBLATT, ROTHMAN, HOFFBERGER & HOLLANDER, L.L.C., Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Raymond L. Edwards appeals from the district court's order granting summary judgment to the Defendant on Edwards' employment discrimination and related state law claims. Our review of the record included on appeal, as well as the parties' briefs, discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Edwards v. Whitman Requardt & Assoc.</u>, No. CA-00-1834-S (D. Md. Jan. 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>